IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

1ST SOURCE BANK )
)
v. ) NO. 3-11-0410
) JUDGE CAMPBELL
WILSON BANK & TRUST, et al. )

ORDER

Plaintiff has filed a Notice of Dismissal without prejudice (Docket No. 36) as to one of the Defendants herein, Pinnacle Financial Partners, Inc. Accordingly, Plaintiff's claims against Defendant Pinnacle Financial Partners, Inc. are DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE