IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| 1st SOURCE BANK ) | |
| ) | |
| v. ) | |
| ) | No. 3-11-0410 |
| WILSON BANK & TRUST; K&K ) | |
| TRUCKING, INC.; TRANSCAPITAL ) | |
| & LEASING, INC.; FIRST ) | |
| CONTINENTAL LEASING, INC; ) | |
| GEOLOGIC SOLUTIONS, INC.; ) | |
| COMMUNITY BANK OF SMITH ) | |
| COUNTY; J.E.A. LEASING, LLC; ) | |
| PINNACLE FINANCIAL PARTNERS, ) | |
| INC. d/b/a/ Pinnacle National Bank; ) | |
| and FPC FUNDING II, LLC[1] ) | |

O R D E R

By notice of voluntary dismissal filed and order entered August 5, 2011 (Docket Entry Nos. 48-49), defendant Geologic Solutions, Inc. was dismissed without prejudice.

Therefore, the plaintiff's motion for default judgment against defendant Geologic Solutions, Inc. (Docket Entry No. 43) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By notice of voluntary dismissal filed and order entered on July 21, 2011 (Docket Entry Nos. 32 and 34), defendant First Continental Leasing, Inc. was dismissed without prejudice. By notice of voluntary dismissal filed and order entered on July 22, 2011 (Docket Entry Nos. 36-37), defendant Pinnacle Financial Partners, Inc. d/b/a Pinnacle National Bank was dismissed without prejudice. By notice of voluntary dismissal filed July 29, 2011, and order entered on August 1, 2011 (Docket Entry Nos. 40-41), defendant Community Bank of Smith County was dismissed without prejudice. By notice of voluntary dismissal filed and order entered on August 5, 2011 (Docket Entry Nos. 48-49), defendant Geologic Solutions, Inc. was dismissed without prejudice.