UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| 1st Source Bank, | ) | Case No. 3:11-0410 |
| | ) | |
| | ) | Judge Campbell |
| Plaintiff | ) | Magistrate Judge Griffin |
| | ) | |
| v. | ) | |
| | ) | |
| Wilson Bank & Trust, et al., | ) | |
| | ) | |
| Defendants | ) | |

## ENTRY OF DEFAULT

Pending are Plaintiff's motions for entry of default against Defendants FPC Funding II, LLC, J.E.A. Leasing, LLC, and K&K Trucking, Inc. (Docket Entries 42, 46 & 47) pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP).

A review of the record reveals that Defendants have been served and returns of service have been filed with the Court (Docket Entries 8, 17 & 18). Since being served, Defendants have failed to file answers or otherwise plead in their defense.

Accordingly, for the reasons stated above, the Clerk hereby enters default against Defendants FPC Funding II, LLC, J.E.A. Leasing, LLC, and K&K Trucking, Inc. pursuant to FRCP 55(a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court