IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| 1ST SOURCE BANK | ) |
| | ) |
| v. | ) NO. 3-11-0410 |
| | ) JUDGE CAMPBELL |
| WILSON BANK & TRUST, et al. | ) |

ORDER

Pending before the Court is a Joint Motion of Defendants Wilson Bank & Trust, Transcapital & leasing, Inc. and Pinnacle National Bank for Entry of Final Order of Judgment (Docket No. 141). The Motion is GRANTED.

In light of the Court's prior Orders (Docket Nos. 129, 137, 140), all matters now having been resolved, this Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE